**SECRET**  Unsealed 3/25/08 vet

# CALENDAR OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### AT
### EL CENTRO, CALIFORNIA
### MONDAY, MARCH 17, 2008
### SEALED

**PRESENT THE HONORABLE   PETER C. LEWIS   , MAGISTRATE JUDGE**

**DEPUTY CLERK: T. ROMERO**          **INTERPRETER: DAVID NICKLEN**

---

| HON. PETER C. LEWIS | MONDAY, MARCH 17, 2008 | 1:30 P.M. |

1.  08MJ8160
        USA   VS   Arturo Jasso-Ceballos
    Tape Number: PCL08-01: 12:09 – 12:26 (3 min)
    DOA: 9/11/07                                    BKG # 06033298

    Detention Hearing

    Mahir Sherif
    (619)297-4444

    18:3144

    AUSA: JOHN F. WEIS

Gov't oral mot'n to dismiss mw complaint.

---

1A) 08CR0771-BEN
Deft stips to Detn w/out prejudice

Gov't files an ~~Information~~
08CR-771-BEN

Notice of related case filed
08CR764-BEN

matter to remain Seal

DOA: 03-17-08
F/A: 03-17-08
Bkg# 06033298-SPA
Atty Mahir T. Sherif, Retd
AUSA: John F Weis

× Status IMS PCL 12:09-12:28 (24 mins)
3/24/08
@ 9:00 AM
Benitez

+ Waiver of Indict fld
~~Dft arraigned~~
+ NGP entered

vet