1AO 455(Rev. 5/85) Waiver of Indictment



Unsealed 3/25/08
SECRET

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA



RECEIVED IN DOCKETING
MAR 24 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ARTURO JASSO-CEBALLOS | CASE NUMBER: 08CR771-BEN |

    I, ARTURO JASSO, the above named defendant, who is accused of violating Title 21, U.S.C., Sections 841(a)(1) and 846 -Conspiracy to Aid and Abet Importation of Drugs advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on  3 | 17 | 2008  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

3ee