~~SECRET~~ unsealed 3/25/08 vet

KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant United States Attorney
Federal Office Building
California State Bar No. 142947
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5027

Attorneys for Plaintiff
United States of America

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED IN DOCKETING
MAR 24 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR771-BEN |
| Plaintiff, | Magistrate Case No. 08MJ8160 |
| v. | NOTICE OF RELATED CASE |
| ARTURO JASSO-CEBALLOS, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. JOSE LUIS ANGEL OLIVA-VIDRIO</u>, Criminal Case No. <u>08CR764-BEN</u>.

DATED: March 14, 2008.

KAREN P. HEWITT
United States Attorney



SHERRI WALKER HOBSON
Assistant U.S. Attorney

4 vet