# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### AT
### SAN DIEGO, CALIFORNIA
### TUESDAY, MARCH 25, 2008
### COURTROOM 3 - FOURTH FLOOR

PRESENT THE HONORABLE __ROGER T. BENITEZ__ DISTRICT JUDGE

COURTROOM DEPUTY: G. RIVERA          COURT REPORTER: D. O'CONNELL

PROBATION OFFICER:                   INTERPRETER: R. CALDERON

---

| HON. ROGER T. BENITEZ | TUESDAY, MARCH 25, 2008 | 10:00 A.M. |
|---|---|---|
| 3.  08CR0771-BEN | **SEALED** | |

```
                    U.S.A.   v.   ARTURO JASSO-CEBALLOS (01)(C)
                                  BOOKING #: 06033298 - SPA

   MOTION SETTING                  MAHIR SHERIF (RET)
   21:846 and 841(a)(1)            AUSA: SHERRI HOBSON
   and 18:2
```

GOVT ORAL MOTION TO UNSEAL CASE - GRANTED

DEFENSE COUNSEL'S ORAL REQUEST TO BE APPOINTED TO THE DEFT THROUGH CJA APPOINTMENT - REFERRED TO THE MAGISTRATE JUDGE

THE COURT RECOMMENDS TO THE MAGISTRATE JUDGE THAT ATTY MAHIR SHERIF REMAIN AS COUNSEL OF RECORD THROUGH CJA APPOINTMENT

MOTION HEARING/TRIAL SETTING SET FOR 4/28/2008 AT 2:00PM
JURY TRIAL SET FOR 5/20/2008 AT 9:30AM
MOTIONS IN LIMINE HEARING SET FOR 5/19/2008 AT 2:00PM