# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08cr0771-BEN |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Arturo Jasso-Ceballos | ) | Booking No. 06033298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _May 19, 2008_ the Court entered the following order:

**X** Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

**X** Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received _Andrew Kempe_ / DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _[signature]_ Deputy Clerk

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY