UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 22 PM 1:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ /ul/ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARTURO JASSO-CEBALLOS (1),

        Defendant.

CASE NO. 08CR0771-BEN

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: **TITLE 21 U.S.C. 846 and 841(a)(1); TITLE 18 U.S.C. 2.**

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 19, 2008

                    HON. ROGER T. BENITEZ
                    UNITED STATES DISTRICT JUDGE

ENTERED ON _____