MAHIR TWELIK SHERIF
3376 30th Street
San Diego, CA 92104-4535
Tel No. (619) 297-4444

Attorney for Defendant

FILED
2008 JUL 22 PM 12:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTURO JASSO-CEBALLOS, <br><br> Defendant. | Case No.: 08-CR-00771-BEN <br><br> EXPARTE REQUEST FOR AN ORDER AUTHORIZING ADDITIONAL INVESTIGATOR FEES |

COMES NOW, Defendant ARTURO JASSO-CEBALLOS, by and through his appointed counsel Mahir Sherif, who respectfully requests this court to approve payment of extraordinary investigator fees for ALEJANDRA ESPINAL, Private Investigator, at rate of $55.00 per hour for an additional 55.3 hours totaling the sum of 3,536.50. Investigation was done to develop evidence by interviewing witnesses in Tecate, B.C., Mexico and Mexicali, B.C. Mexico. The investigation also required to review several Spanish documents and visits by the investigator, as well as visits and conferences with the

defendant and myself(to GEO Detention Facility) to review the above mentioned documents.

For the above-stated reasons, I am requesting the said 55.3 hours of investigative time for Investigator ALEJANDRA ESPINAL, in the amount of $3,536.5 be approved and paid for under the Criminal Justice Act.

Dated: 5/25/2008

MAHIR T. SHERIF
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that an additional 55.3 hours of investigative time at the rate of $55 per hour for a total of $3,536.50 for investigator ALEJANDRA ESPINAL is hereby approved and to be paid for under the Criminal Justice Act.

Dated: 7/19/08

JUDGE OF U.S. DISTRICT COURT